

# Fourth Court of Appeals
## San Antonio, Texas

November 3, 2015

No. 04-15-00639-CV

**IN THE INTEREST OF W.A.H.R**., Et al.,

From the 288th Judicial District Court, Bexar County, Texas
Trial Court No. 2012-PA-00377
Honorable Charles E. Montemayor, Judge Presiding

# O R D E R

The court reporter's notification of late record is NOTED.  The reporter's record is due on November 9, 2015.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 3rd day of November, 2015.

_____
Keith E. Hottle
Clerk of Court